# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA M. MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GWENDOLYN MITCHELL,<br><br>　　　　Respondent.<br>_____/ | 1:09-cv-00241-OWW-DLB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 4] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On February 13, 2009, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED for lack of jurisdiction.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

　　　On March 13, 2009, Petitioner, by and through her brother, filed timely objections to the Findings and Recommendation.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 13, 2009, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. All pending motions are DENIED as MOOT; and,
4. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:　April 23, 2009**　　　　　　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE