

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUN 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

SYLVIA M. MARTINEZ,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:09-CV-241 OWW/DLB-HC

GWENDOLYN MITCHELL,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

___X___  Denied for the following reason:

NO JURISDICTION

Dated: 6-2-09

OLIVER W. WANGER
United States District Judge